```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

          -v.-                   :    09 CRIM 492

LIEVENS GERELUS,                 :
     a/k/a/ "David Gerelus"
                                 :

          Defendant.             :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: MAY 1 3 2009

JUDGE CHIN

## COUNT ONE

The Grand Jury charges:

On or about March 13, 2009, in the Southern District of New York, LIEVENS GERELUS, a/k/a "David Gerelus," the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, while such persons were engaged in and on account of the performance of official duties, such acts having involved physical contact with the victims of that assault and the intent to commit another felony, to wit, GERELUS assaulted, resisted and impeded three Immigration Enforcement Agents with Immigration and Customs Enforcement ("ICE") while GERELUS was in ICE custody.

(Title 18, United States Code, Section 111(a)(1).)

_____           _____
Foreperson                        LEV L. DASSIN
                                  Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LIEVENS GERELUS,
a/k/a "David Gerelus"

Defendant.

INDICTMENT

09 Cr.

(18 U.S.C. § 111(a)(1))

LEV L. DASSIN
Acting United States Attorney.

A TRUE BILL

_____
Foreperson.

5/13/09 - Fld. Indictment. Case assigned to Judge Chin.
Eaton, J. U.S.M.J.